IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **FELIX THOMAS,** ) | |
| ) | |
| Plaintiff, ) | |
| v.  ) | Civil Action No.: 2:15-CV-55-WHA-SRW |
| ) | |
| **ALABAMA DEPARTMENT OF** ) | (wo) |
| **INSURANCE and COMMISSIONER** ) | |
| **JIM RIDLING,** ) | |
| ) | |
| Defendants. | |

## ORDER

Upon Consideration of the Motion to Dismiss All Claims (Doc. #18) filed by the Plaintiff, and the Response (Doc. #20) filed by the Defendants, it is hereby ORDERED as follows:

1. The Motion to Dismiss is GRANTED and this case is dismissed with prejudice, the parties to bear their own attorney's fees and costs.

2. Any outstanding motions are denied as moot.

DONE this 24th day of November, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE